IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUSTAM TASHMATOV PETITIONER

V. Civil No. 2:26-cv-02113-TLB-MEF

HOBE RUNION, SHERIFF,
SEBASTIAN COUNTY, ARKANSAS, et al. RESPONDENTS

**ORDER**

Currently before the Court is the Petitioner's Emergency Motion for Temporary Restraining Order Prohibiting Transfer of Petitioner from the Western District of Arkansas filed on July 20, 2026. (ECF No. 4). The Motion has been referred to the undersigned. Unfortunately for Petitioner, the relief sought by the Motion is no longer possible, as the Petitioner was moved out of the Sebastian County Adult Detention Facility to the Winn Correctional Center in Winnfield, LA, a DHS/ICE facility, on July 20, 2026, the same date the Petitioner's Motion was filed. Accordingly, the Petitioner's Emergency Motion for Temporary Restraining Order Prohibiting Transfer of Petitioner from the Western District of Arkansas (ECF No. 4) is hereby **DENIED** as moot.

IT IS SO ORDERED on this 31st day of July 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE